# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 9, 2009

137530

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOSEPH BAUBLIS,
          Plaintiff-Appellant

v

                                                SC: 137530
                                                COA: 282793

GYLL STANFORD, DIANE B. STANFORD,
CHARD & LLOYD AF 1007, TRANSNATION
TITLE INSURANCE COMPANY,
          Defendants-Appellees.

                                                  Washtenaw CC: 07-001062-CZ

_____/

       On order of the Court, the application for leave to appeal the August 5, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       HATHAWAY, J., not participating.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 9, 2009 _____

                                                      _____
                                                           Clerk